United States District Court
Southern District of Texas
**ENTERED**
April 13, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHAHNAZ KHAN, | § § § § | |
| *Plaintiff,* | § § | |
| VS. | § | C.A. No. 4:17-cv-7 |
| | § § § | |
| WELLS FARGO BANK, N.A., | § § § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the Joint Motion to Dismiss (the "Joint Motion") filed by Plaintiff Shahnaz Khan ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Defendant") finds that the Joint Motion should be, and hereby is, in all things, **GRANTED**. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that all claims Plaintiff asserted against Defendant in this lawsuit are hereby **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED, ADJUDGED, AND DECREED** that all costs, expenses, and attorney fees are taxed against the party incurring same.

SIGNED this 12 day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE